275

No. 65947.—Aut Customs Brokers, Inc. v. United States, protest 60/28450 (New York).

Opinion by JOHNSON, J. Since the protest was filed prior to liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 65948.—American Meter Company, Incorporated v. United States, protest 60/28596 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 65949.—Andrew Fisher Cycle Co., Inc., et al. v. United States, protests 305222–KS, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65950.—D. P. Harris Hdw. & Mfg. Co. et al. v. United States, protests 61/2012, etc. (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.